**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) Case No. 10-13164 (SMB) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representatives thereof, and **KENNETH KRYS** and **GREIG MITCHELL**, solely in their capacities as Foreign Representatives and Liquidators thereof, | ) ) ) ) ) Adv. Pro. No. 10-03510 |
| | ) (SMB) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) FINAL JUDGMENT |
| | ) |
| **BANK HAPOALIM (SUISSE) LTD. a/k/a BANQUE HAPOALIM (SUISSE) S.A.** and **BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF BANK HAPOALIM (SUISSE) LTD. 1-1000,** | ) ) ) ) |
| | ) |
| Defendants. | ) |

      It is **ORDERED, ADJUDGED, AND DECREED** that, for the reasons set forth in the Court's Memorandum Decision dated December 14, 2020 and the Stipulated Order Granting in Part and Denying in Part the Moving Defendants' Second Consolidated Motion to Dismiss dated February 23, 2021:

      Because all other claims in this adversary proceeding have previously been dismissed, judgment is hereby entered in favor of all defendants in this adversary proceeding, dismissing this adversary proceeding with prejudice.

      Each party shall bear its own costs.

Dated: New York, New York
       March 3, 2021

                                    _____VITO GENNA_____
                                    Clerk of Court


                              By:   ___/s/ Mary Lopez_____
                                    Deputy Clerk